# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| U.S. Commodity Futures Trading Commission, <br> v. <br> Sentinel Management Group, Inc., Eric A. Bloom, and Charles K. Mosley, | FILED: APRIL 28, 2008 <br> 08CV2410        TG <br> JUDGE SHADUR <br> MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. Commodity Futures Trading Commission, the Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Mark H. Bretscher     (mbretscher@cftc.gov) | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Mark H. Bretscher | |
| FIRM <br> U.S. Commodity Futures Trading Commission | |
| STREET ADDRESS <br> 525 West Monroe Street, Suite 1100 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> Illinois ARDC No.  6194945 | TELEPHONE NUMBER <br> 312-596-0529 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |