**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| U.S. Commodity Futures Trading Commission, v. Sentinel Management Group, Inc., Eric A. Bloom, and Charles K. Mosley, | FILED: APRIL 28, 2008<br>08CV2410        TG<br>JUDGE SHADUR<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

U.S. Commodity Futures Trading Commission, the Plaintiff

| NAME (Type or print) |
|---|
| William P. Janulis     (wjanulis@cftc.gov) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ William P. Janulis |
| FIRM |
| U.S. Commodity Futures Trading Commission |
| STREET ADDRESS |
| 525 West Monroe Street, Suite 1100 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| Illinois ARDC No. 1326449 | 312-596-0545 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐