## United States District Court for the Northern District of Illinois

Case Number: 08CV2410          Assigned/Issued By: LI

Judge Name: SHADUR             Designated Magistrate Judge: BROWN

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☑ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: GOVT FILE 4/28/08

(For Use by Fiscal Department Only)

Amount Paid: -0-          Receipt #: N/A

Date Payment Rec'd: _____    Fiscal Clerk: _____

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
     (Type of Writ)

3 Original and -0- copies on 4/28/08 as to DEFS _____
                              (Date)