AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. Commodity Futures Trading Commission,

V.

Sentinel Management Group, Inc., Eric A. Bloom, and Charles K. Mosley,

CASE NUMBER: 08C2410

ASSIGNED JUDGE: JUDGE SHADUR

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Eric A. Bloom
▬▬▬▬▬▬▬▬▬▬
Northbrook, IL 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark H. Bretscher, Senior Trial Attorney
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_(signature)_
---------------------------
**(By) DEPUTY CLERK**



**April 29, 2008**
---------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5-8-08 |
| NAME OF SERVER (PRINT) RALPH S. DER ASADOURIAN | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED PERSONALLY AT THE OFFICE OF TERENCE H. CAMPBELL, ESQ. TO THE RECEPTIONIST NAMED MEGHAN AT 3:32 P.M.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-8-08
Date

*Signature of Server* Ralph S. Derbadourian

*Address of Server* 525 W. MONROE ST. SUITE 1100
CHICAGO, IL 60661

Civil Cover Sheet, Complaint, Attorney Appearance Forms
(Bretscher, Janulis, Hollinger), Summons, Minute Order dated
5/5/2008.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.