AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

U.S. Commodity Futures Trading Commission,

V.

Sentinel Management Group, Inc., Eric A. Bloom, and Charles K. Mosley,

| | |
|---|---|
| CASE NUMBER: | 08C2410 |
| ASSIGNED JUDGE: | JUDGE SHADUR |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE BROWN |

TO: (Name and address of Defendant)

Charles K. Mosley

▬▬▬▬▬

Vernon Hills, IL 60061

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark H. Bretscher, Senior Trial Attorney
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

_____
**April 29, 2008**
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  5-8-08 |
| NAME OF SERVER *(PRINT)*  RALPH S. DERASADOURIAN | TITLE  INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED PERSONALLY TO JANICE REED AT THE LAW OFFICE OF WILLIAM H. HOOKS, ESQ AT 134 N. LASALLE ST, SUITE 1400 AT 3:45 P.M.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-8-08
                      Date

Signature of Server   *Ralph S. Derasadourian*

525 W. MONROE ST, SUITE 1100
Address of Server
CHICAGO, IL 60661

Civil Cover Sheet, Complaint, Attorney Appearance Forms (Bretscher, Janulis, Hollinger), Summons, Minute Order dated 5/5/2008.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.