AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

U.S. Commodity Futures Trading Commission,

CASE NUMBER:  08C2410

V.

ASSIGNED JUDGE:  JUDGE SHADUR

Sentinel Management Group, Inc., Eric A. Bloom, and Charles K. Mosley,

DESIGNATED MAGISTRATE JUDGE:  MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Sentinel Management Group, Inc.
c/o Chris C. Gair, Attorney for Trustee
Jenner & Block
One IBM Plaza
Chicago, IL 60611

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark H. Bretscher, Senior Trial Attorney
Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

----------------------------------------
**(By) DEPUTY CLERK**

**April 29, 2008**
----------------------------------------
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE *5-8-08* |
|---|---|

| NAME OF SERVER *(PRINT)* *RALPH S. DERASADOURIAN* | TITLE *INVESTIGATOR* |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): *SERVED PERSONALLY TO ROSE CRNKOVICH AT LAW OFFICE OF CHRIS GAIR OF JENNER & BLOCK, 330 N. WABASH AVE, 43 RD. FLOOR AT 4:01 P.M.*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *5-8-08*  _____
Date          Signature of Server

*525 W. MONROE ST, SUITE 1100*
Address of Server   *CHICAGO, IL 60661*

Civil Cover Sheet, Complaint, Attorney Appearance Forms
(Bretscher, Janulis, Hollinger), Summons, Minute Order dated
5/5/2008.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.