IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>           Plaintiff,<br><br>      v.<br><br>SENTINEL MANANAGEMENT GROUP, INC.,<br>ERIC A. BLOOM, and<br>CHARLES K. MOSLEY,<br><br>           Defendants. | CIVIL ACTION NO. 1:08-cv-2410<br><br>Honorable Milton I. Shadur<br><br>Magistrate Judge Brown |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Tuesday, May 13, 2008, the Commodity Futures Trading Commission filed electronically with the Clerk of the Court for the Northern District of Illinois, **Return of Service of Civil Summons - Executed as to Sentinel Management Group, Inc., Eric A. Bloom and Charles K. Mosley.**

Date: May 13, 2008

Respectfully submitted,

**s/ Mark H. Bretscher**
Mark H. Bretscher
Attorney for Plaintiff
Commodity Futures Trading Commission
525 W. Monroe Street, Suite 1100
Chicago, IL 60661
312-596-0529 (Bretscher)
(312) 596-0700 (office number)
(312) 596-0714 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2008, I electronically filed the foregoing documents:

- **Return of Service of Civil Summons - Executed as to Sentinel Management Group, Inc., Eric A. Bloom and Charles K. Mosley.**

with the Clerk of the Court using CM/ECF. No appearances have been filed by or on behalf of non-participants in CM/ECF. I certify that the foregoing documents were served this day on the following individuals by regular U.S. Mail.

## SERVICE LIST

Sentinel Management Group, Inc.,
c/o Chris C. Gair, Attorney for Trustee
Jenner & Block LLP
330 North Wabash Avenue,
43rd Floor
Chicago, Illinois 60611

Eric A. Bloom
c/o Terence H. Campbell, Esq.
Cotsirilos, Tighe & Streicker Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602

Charles K. Mosley
c/o William H. Hooks, Esq.
Hooks Law Offices PC
The Metropolitan Building
134 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

        **s/ Mark H. Bretscher**
        Mark H. Bretscher
        Attorney for Plaintiff
        Commodity Futures Trading Commission
        525 W. Monroe Street, Suite 1100
        Chicago, IL 60661
        (312) 596-0529 (Bretscher)
        (312) 596-0700 (office number)
        (312) 596-0714 (facsimile