**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**SENTINEL MANAGEMENT GROUP, INC., ERIC A. BLOOM, and CHARLES K. MOSLEY,** )<br>)<br>)<br>**Defendants.** ) | **No. 08CV2410**<br><br>**Judge Shadur**<br><br>**Magistrate Judge Brown** |

**AGREED MOTION FOR AN EXTENSION OF
TIME FOR SENTINEL TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

Frederick J. Grede, the chapter 11 trustee (the "Trustee") for the estate of Sentinel Management Group, Inc. ("Sentinel"), by and through his undersigned counsel, hereby moves this Court for the entry of an agreed order extending the time in which Sentinel may answer or otherwise plead in response to Plaintiff Commodity Future Trading Commissions' ("CFTC") complaint (the "Complaint") by thirty days, to June 27, 2008. In support of this motion, the Trustee states as follows:

1.  The CFTC filed its Complaint on April 28, 2008.

2.  Sentinel was served with the Complaint and summons on or about May 8, 2008. Accordingly, Sentinel's answer or other responsive pleading is currently due on May 28, 2008.

3.  The Trustee is cooperating with the CFTC, and is in discussions with the CFTC concerning potential dispositions of this matter as to Sentinel, and therefore requests additional time by which Sentinel must answer or otherwise respond. The Trustee conferred with counsel

for the CFTC regarding this motion and counsel for the CFTC agree to the relief requested in this motion.

WHEREFORE, the Trustee respectfully requests that this Court extend the time for Sentinel to answer or otherwise respond to the Complaint to and including June 27, 2008.

| | |
|---|---|
| Chicago, IL<br>May 27, 2008 | Respectfully submitted,<br><br>**FREDERICK J. GREDE**, not individually, but solely as Chapter 11 Trustee for the estate of **SENTINEL MANAGEMENT GROUP, INC.**<br><br>By: _____/s/ Chris Gair_____<br>　　　　　One of his attorneys |

Chris Gair (ARDC No. 6190781)
Jeffrey S. Eberhard (ARDC No. 6276471)
JENNER & BLOCK, LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: 312-222-9350
Facsimile: 312-527-0484