IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**SENTINEL MANAGEMENT GROUP, INC., ERIC A. BLOOM, and CHARLES K. MOSLEY,**<br><br>Defendants. | No. 08CV2410<br><br>Judge Shadur<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, June 3, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in Courtroom 2303 at 219 South Dearborn Street, Chicago, Illinois, or before any other judge who may be sitting in his place and stead, and present the attached **Agreed Motion for an Extension of Time for Sentinel to Answer or Otherwise Respond to Plaintiff's Complaint,** at which time and place you may appear if you so desire.

Chicago, IL
May 27, 2008

Respectfully submitted,

**FREDERICK J. GREDE**, not individually, but solely as Chapter 11 Trustee for the estate of **SENTINEL MANAGEMENT GROUP, INC.**

By: _____/s/ Chris Gair_____
        One of his attorneys

Chris Gair (ARDC No. 6190781)
Jeffrey S. Eberhard (ARDC No. 6276471)
JENNER & BLOCK, LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: 312-222-9350
Facsimile: 312-527-0484

## CERTIFICATE OF SERVICE

I, Jennifer M. Lawson, an attorney, certify that I caused a copy of the attached

**Notice of Motion and Agreed Motion for an Extension of Time for Sentinel to Answer or Otherwise Respond to Plaintiff's Complaint,** to be served upon the following parties by ECF:

Rosemary C. Hollinger
Mark Howard Bretscher
William P. Janulis
U.S. Commodity Futures Trading Commission
525 West Monroe Street #1100
Chicago, IL 60661

                                           */s/ Jennifer M. Lawson*
                                               Jennifer M. Lawson