*MHU*

**FILED**
6-2-2008
JUN 02 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ] <br> ] <br> Plaintiff, ] <br> ] <br> vs. ] <br> SENTINEL MANAGEMENT GROUP, INC., ] <br> ERIC A BLOOM, and CHARLES K. MOSLEY, ] <br> ] <br> Defendants. ] | CIVIL ACTION NO. 08 CV 2410 <br><br> HON. JUDGE MILTON SHADUR <br><br> MAGISTRATE JUDGE <br> GERALDINE SOAT BROWN |

## AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR PLEAD

NOW COMES, CHARLES MOSLEY, pro se, a named defendant in the above-referenced matter, requesting an extension of time to answer or otherwise plead to the *Plaintiff's Complaint For Injunctive and Other Equitable Relief and for Civil Monetary Penalties Under the Commodity Exchange Act* served on the undersigned on or about May 8, 2008, for the reasons set forth below:

1. During May, 2008 the Commodity Futures Trading Commission (hereafter "CFCT") asked whether my attorney in a pending criminal matter would accept service on my behalf and I agreed to allow for service of the CFTC complaint to be served upon me via one of my attorneys, William H. Hooks.

2. I do not have a contract with Attorney Hooks to represent me in this instant matter and accordingly, he will not be filing an appearance on my behalf in this matter.

3. I have an additional counsel in the pending criminal matter, Ron Safer of Schiff Hardin and he too will be unable to represent me in this pending litigation.

4. I am reviewing my options concerning my ability to secure counsel in another related matter concerning my employment with Sentinel Investments.

5. I am requesting a period of time to and through June 27, 2008, in order to secure counsel and/or file a pro se answer on my behalf.

6. I am also requesting that any and all defaults and/or judgments entered against the undersigned be vacated and held for naught.

7. The attorney for Plaintiff, CFTC, Mr. Mark Bretscher has been made aware of this request and has no objection to this Honorable Court granting a motion related to the same.

Dated: June 2, 2008

Respectfully submitted,

By: /s/ *[signature]*
CHARLES MOSLEY, Pro Se
347 East Colonial Drive
Vernon Hills, IL 60061
(847) 367-8274