IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
6-2-2008
JUN 2 - 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, ] | |
| ] | CIVIL ACTION No. 08 CV 2410 |
| Plaintiff, ] | |
| ] | HON. JUDGE MILTON SHADUR |
| vs. ] | |
| SENTINEL MANAGEMENT GROUP, INC., ] | MAGISTRATE JUDGE |
| ERIC A BLOOM, and CHARLES K. MOSLEY, ] | GERALDINE SOAT BROWN |
| ] | |
| Defendants. ] | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that on the 16th day of June, 2008, I shall appear before the Honorable Milton Shadur sitting in room 2303 of the U.S. District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois and then and there present the attached AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEA TO THE PLAINTIFF'S COMPLAINT FOR INJUNCTIVE AND OTHER EQUITABLE RELIEF AND FOR CIVIL MONETARY PENALTIES UNDER THE COMMODITY EXCHANGE ACT, a copy of which is hereby served upon you.

Dated: June 2, 2008

Respectfully submitted,

By: /s/ *Charles Mosley*
CHARLES MOSLEY, Pro Se
347 EAST COLONIAL DRIVE
VERNON HILLS, IL 60061
(847) 367-8274

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,  <br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL MANAGEMENT GROUP, INC.,<br>ERIC A BLOOM, and CHARLES K. MOSLEY,<br><br>Defendants. | CIVIL ACTION NO. 08 CV 2410<br><br>HON. JUDGE MILTON SHADUR<br><br>MAGISTRATE JUDGE<br>GERALDINE SOAT BROWN |

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June 2008, I filed the foregoing documents:

- NOTICE OF MOTION
- AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR PLEAD
- CERTIFICATE OF SERVICE

With the Clerk of the U.S. District Court. I also certify that the foregoing documents are being served this day on all counsel of record identified on the attached service list by mailing a copy of the same, enclosed in an envelope, postage fully prepaid.

Respectfully submitted,

By:/s/ _Charles Mosley_
CHARLES MOSLEY, Pro Se
347 EAST COLONIAL DRIVE
VERNON HILLS, IL 60061
(847) 367-8274

## SERVICE LIST
*Commodity Futures Trading Commission*
*v. Sentinel Management Group, et. al.*
*Case No. 08 CV 2410*

| | |
|---|---|
| MARK H. BRETCHER, ESQ.<br>ATTORNEY FOR PLAINTIFF, CFCT<br>525 W. MONROE STREET, STE. 1100<br>CHICAGO, ILLINOIS 60661<br>(312) 596-0529<br>FAX: (312) 596-0714 | ANDREA ROBIN WOOD, ESQ.<br>JAMES AARON DAVIDSON, ESQ.<br>JOHN E. BIRKENHEIER, ESQ.<br>U.S. SECURITIES & EXCHANGE COMMISSION<br>175 WEST JACKSON BLVD,<br>SUITE 900<br>CHICAGO, ILLINOIS 60604 |
| TERRY F. MORITZ, ESQ.<br>WILLIAM CHARLES MEYERS, ESQ.<br>JON ERIC KLINGHOFFER, ESQ.<br>STEPHEN HENLEY LOCHER, ESQ.<br>GOLDBERG, KOHN, BELL, BLACK, ROSENBLOOM & MORITZ, LTD.<br>55 E. MONROE STREET, SUITE 3300<br>CHICAGO, ILLINOIS 60603<br>FAX: (312) 863-7403<br>E-MAIL: TERRY.MORITZ@GOLDBERGKOHN.COM<br>ATTORNEYS FOR SENTINEL MANAGEMENT GROUP, INC. | CHRIS C. GAIR, ESQ.<br>J. KEVIN MCCALL, ESQ.<br>JOHN F. KINNEY ESQ.<br>VINCENT E. LAZAR, ESQ.<br>JEFFREY S. EBERHARD, ESQ.<br>JENNER & BLOCK, LLP<br>330 N. WABASH AVENUE<br>CHICAGO, ILLINOIS 60611<br>FAX: (312) 527-0484<br>E-MAIL: JMCCALL@JENNER.COM<br>ATTORNEYS FOR CHAPTER 11 TRUSTEE FREDERICK GREDE NOT INDIVIDUALLY, BUT SOLEY AS CHAPTER 11 TRUSTEE FOR THE ESTATE OF SENTINEL MANAGEMENT GROUP, INC. |
| TERRENCE H. CAMPBELL, ESQ.<br>COTSIRILOS, TIGHE & STREICKER, LTD.<br>33 NORTH DEARBORN STREET/SUITE 600<br>CHICAGO, ILLINOIS 60602<br>COUNSEL FOR ERIC BLOOM | OFFICE OF THE U.S. TRUSTEE<br>219 S. DEARBORN, SUITE 873<br>CHICAGO, ILLINOIS 60604<br>FAX: (312) 886-5794 |