UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*H/H*

COMMODITY FUTURES TRADING COMMISSION,   ]   Case Number: 1:08 CV 2410
v. Sentinel Management Group, et. al.   ]   HON. JUDGE MILTON SHADUR

PRO SE APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS COUNSEL FOR:

*Defendant Charles Mosley*

FILED
6-2-2008
JUN 0 2 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| (A) | (B) |
|---|---|
| SIGNATURE s/ Charles Mosley | SIGNATURE s/ |
| NAME **CHARLES MOSLEY** | NAME |
| FIRM **PRO SE** | FIRM |
| STREET ADDRESS **347 EAST COLONIAL DRIVE** | STREET ADDRESS |
| TELEPHONE NUMBER **847/367-8274** / TELEPHONE NUMBER | TELEPHONE NUMBER / TELEPHONE NUMBER |
| CITY/STATE/ZIP **VERNON HILLS, ILLINOIS 60061** | CITY/STATE/ZIP |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR  YES ☐  NO X | MEMBER OF TRIAL BAR  YES ☐  NO X |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL  YES ☐  NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR  YES ☐  NO ☐ | MEMBER OF TRIAL BAR  YES ☐  NO ☐ |
| TRIAL ATTORNEY?  YES ☐  NO ☐ | TRIAL ATTORNEY?  YES ☐  NO ☐ |
| DESIGNATED AS LOCAL COUNSEL  YES ☐  NO ☐ | DESIGNATED AS LOCAL COUNSEL  YES ☐  NO ☐ |

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.