IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | No. 08CV2410 |
| v. | ) ) ) | Judge Shadur |
| **SENTINEL MANAGEMENT GROUP, INC., ERIC A. BLOOM, and CHARLES K. MOSLEY,** | ) ) ) ) | Magistrate Judge Brown |
| **Defendants.** | ) ) | |

**MOTION FOR AN EXTENSION OF
TIME FOR SENTINEL TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT**

Frederick J. Grede, the chapter 11 trustee (the "Trustee") for the estate of Sentinel Management Group, Inc. ("Sentinel"), by and through his undersigned counsel, hereby moves this Court for the entry of an order extending the time in which Sentinel may answer or otherwise plead in response to Plaintiff Commodity Future Trading Commissions' ("CFTC") complaint (the "Complaint") by sixty days, to August 26, 2008. In support of this motion, the Trustee states as follows:

1. The CFTC filed its Complaint on April 28, 2008.

2. Sentinel was served with the Complaint and summons on or about May 8, 2008. Accordingly, Sentinel's answer or other responsive pleading was originally due on May 28, 2008.

3. The parties originally agreed to extend the deadline for Sentinel to answer or otherwise respond to the Complaint to June 27, 2008.

4.     Sentinel is in discussions with the CFTC concerning the disposition of this matter and therefore requests additional time by which to answer or otherwise respond.  The Trustee attempted to confer via telephone with counsel for the CFTC regarding this motion but was unable to reach them.

WHEREFORE, the Trustee respectfully requests that this Court extend the time for Sentinel to answer or otherwise respond to the Complaint to and including August 26, 2008.

| | |
|---|---|
| Chicago, IL<br>June 27, 2008 | Respectfully submitted,<br><br>**FREDERICK J. GREDE**, not individually, but solely as Chapter 11 Trustee for the estate of **SENTINEL MANAGEMENT GROUP, INC.**<br><br>By:     */s/ Chris Gair*<br>             One of his attorneys |

Chris Gair (ARDC No. 6190781)
Jeffrey S. Eberhard (ARDC No. 6276471)
JENNER & BLOCK, LLP
330 North Wabash Avenue
Chicago, Illinois 60611-7603
Telephone: 312-222-9350
Facsimile: 312-527-0484

2