# United States District Court
# Northern District of Illinois

In the Matter of

Commodity Futures Trading Commission

v.

Sentinel Management Group, Inc. et

Case No. 08 C 2410

Designated Magistrate Judge
Geraldine Soat Brown

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Milton I. Shadur** to be related to **07 C 4684** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Charles P. Kocoras

Dated: **JUN 3 0 2008**

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Charles P. Kocoras**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: **JUL - 1 2008**

Finding of Relatedness (Rev. 9/99)