**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| COMMOIDTY FUTURES TRADING COMMISSION, | CASE NO. 1:08-CV-2410 |
| Plaintiff, | Judge Charles P. Kocoras |
| vs. | |
| SENTINEL MANAGEMENT GROUP, INC., ERIC A. BLOOM, AND CHARLES K. MOSLEY | |
| Defendant. | |

**FEDERAL RULE OF CIVIL**
**CERTIFICATE OF COMPLIANCE WITH**
**PROCEDURE 26(a) INITIAL DISCLOSURES**

  The Plaintiff Commodity Futures Trading Commission ("Commission"), by and through its counsel of record, Mark H. Bretscher, hereby certifies that it has complied with the initial disclosure requirements of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

  On August 26, 2008 the Commission delivered its Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures ("Initial Disclosures') to counsels of record identified on the attached Service List. The Initial Disclosures contained: I. the names and, if known, the addresses and telephone number of each individual likely to have discoverable information; II. a description by category and location of all documents, electronically stored information and tangible things that are in the Commission's possession, custody, or control that are relevant to the disputed facts; and III. a computation of damages claimed by the Commission.

  The Commission notes that discovery is ongoing and additional witnesses, documents or computations regarding damages may be garnered during the discovery process. The Commission will comply with F.R.C.P. 26(e) and supplement disclosures and responses as appropriate during the course of discovery.

## SERVICE LIST

Sentinel Management Group, Inc.,
c/o Chris C. Gair, Attorney for Trustee
Jenner & Block LLP
330 North Wabash Avenue,
43rd Floor
Chicago, Illinois 60611

Eric A. Bloom
c/o Terence H. Campbell, Esq.
Cotsirilos, Tighe & Streicker Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602

Charles K. Mosley
c/o William H. Hooks, Esq.
Hooks Law Offices PC
The Metropolitan Building
134 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

Charles Mosley, Pro Se
347 E. Colonial Ave.
Vernon Hills, IL 60061


Dated this 26th day of August, 2008

Respectfully Submitted,

PLAINTIFF,

**s/Mark Bretscher**
Mark Bretscher
Senior Trial Attorney
COMMODITY FUTURES TRADING COMMISSION
525 West Monroe Street, Suite 1100
Chicago, IL 60661
(312) 596-0529
(312) 596-0714 (facsimile)

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, I caused the foregoing:

- **Federal Rule Of Civil Certificate Of Compliance With Procedure 26(A) Initial Disclosures**

to be electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. No appearances have been filed by or on behalf of non-participants in CM/ECF.

## SERVICE LIST

Sentinel Management Group, Inc.,
c/o Chris C. Gair, Attorney for Trustee
Jenner & Block LLP
330 North Wabash Avenue,
43rd Floor
Chicago, Illinois 60611


Eric A. Bloom
c/o Terence H. Campbell, Esq.
Cotsirilos, Tighe & Streicker Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602

Charles K. Mosley
c/o William H. Hooks, Esq.
Hooks Law Offices PC
The Metropolitan Building
134 North LaSalle Street, Suite 1400
Chicago, Illinois 60602

Charles Mosley, Pro Se
347 E. Colonial Ave.
Vernon Hills, IL 60061

 

**s/ Mark Bretscher**
Mark Bretscher
Senior Trial Attorney
Commodity Futures Trading Commission
525 West Monroe, Suite 1100
Chicago, Illinois 60661
(312) 596-0529 Phone
(312) 596-0714 (Fax)
mbretscher@cftc.gov