# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Commodities Futures Trading Commission ) <br> *Plaintiff* ) <br> v. ) <br> Sentinel Management Group, Inc. et al ) <br> *Defendant* ) | Civil Action No.  08 C  2410 |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:  Summary judgment is entered in favor of the defendants against plaintiff.  Plaintiff to take nothing.  All matters in controversy having been resolved, final judgment is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge  Charles P. Kocoras on cross-motions for summary judgment.

Date:   30 Mar 2012                                                           Thomas G. Bruton,  Clerk of Court

                                                                              /s/ Stephen C. Tokoph
                                                                                    Deputy Clerk